# UNITED STATES NAVY-MARINE CORPS
# COURT OF CRIMINAL APPEALS
# WASHINGTON, D.C.

**Before**
**F.D. MITCHELL, J.A. FISCHER, M.K. JAMISON**
**Appellate Military Judges**

## UNITED STATES OF AMERICA

v.

## HAYDEN C. BEDFORD
## LANCE CORPORAL (E-3), U.S. MARINE CORPS

### NMCCA 201400052
### SPECIAL COURT-MARTIAL

**Sentence Adjudged:** 4 October 2013.
**Military Judge:** Col James K. Carberry, USMC.
**Convening Authority:** Commanding Officer, Combat Logistics Battalion 3, Combat Logistics Regiment 3, 3d Marine Logistics Group, MCBH, Kaneohe Bay, HI.
**Staff Judge Advocate's Recommendation:** Maj P.D. Sanchez, USMC.
**For Appellant:** LCDR Dillon J. Ambrose, JAGC, USN.
**For Appellee:** Mr. Brian K. Keller, Esq.

### 24 April 2014

---
### OPINION OF THE COURT
---

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority.  Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

For the Court

R.H. TROIDL
Clerk of Court